# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Merlynda A. Balcina v.
Michael Chertoff, et.al.

Case Number:

```
FILED: AUGUST 4, 2008
08CV4400
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JFB

Merlynda A. Balcina

| | |
|---|---|
| NAME (Type or print) <br> Jeff W. Gunn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeff W. Gunn | |
| FIRM <br> Tapia-Ruano & Gunn P.C. | |
| STREET ADDRESS <br> 53 W. Jackson Blvd., Suite 852 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 312-281-4867 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |