UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF ILLINOIS,
EASTERN DIVISION

MERLYNDA A. BALCINA,

    Plaintiff,

    vs.

                                  Civil Action No. 08cv4400
                                  Assigned Judge: Gettleman
                                  Magistrate Judge: Cox

MICHAEL CHERTOFF,
SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY;
JONATHAN SCHARFEN, INTERIM DIRECTOR
OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES ("USCIS");
RUTH DOROCHOFF, CHICAGO DISTRICT
DIRECTOR OF THE USCIS;
UNKNOWN EMPLOYEE OF THE CHICAGO
DISTRICT OFFICE OF THE USCIS;
ROBERT MUELLER, DIRECTOR OF THE
FEDERAL BUREAU OF INVESTIGATION ("FBI"); and
UNKNOWN EMPLOYEE OF THE FBI,

    Defendants.

---

## NOTICE AND CONSENT ORDER GRANTING
## WITHDRAWL OF ATTONREY FROM SAME FIRM

---

Notice is hereby given that, subject to approval by the court, Jeffrey Gunn, of the firm Tapia-Ruano and Gunn P.C., is hereby withdrawing as counsel of record from this case.

The attorney Carlina Tapia-Ruano, from the same firm of Tapia-Ruano and Gunn P.C., who has already filed an appearance in this matter, will continue to represent the plaintiff in this case.

The withdrawal of Jeffrey Gunn is hereby approved and so ordered.

Date:                                Judge: